IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| vs. | ) | 1:06-cv-1000-RLY-TAB |
| | ) | |
| STATE OF INDIANA; and KRISTI ROBERTSON and J. BRADLEY KING, Co-Directors of the Indiana Election Division, in their official capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ALLOWING EXTENSION OF CONSENT DECREE DEADLINES**

This matter, having come before the Court on Defendants', the State of Indiana, Pamela Potesta (successor to Kristi Robertson) and J. Bradley King, Co-Directors of the Indiana Election Division, in their official capacity, Motion to Extend Consent Decree Deadlines by its counsel, Deputy Attorney General, Robert Wente. The Court having reviewed said motion and being duly advised in the premises now finds that said motion should be **GRANTED.**

It is therefore **ORDERED** and **ADJUDGED** that the Defendants' Motion to Extend Consent Decree Deadlines be and hereby is **GRANTED**. The Consent Decree deadline to complete and provide the written plan as required pursuant to paragraphs 4 and 6 of the Consent Decree is extended to February 29, 2008.

Dated: 02/11/2008

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**Distribution attached:**

Tim Morrison
Assistant United States Attorney
10 West Market Street Suite 2100
Indianapolis, Indiana 46204
Phone: (317)226-6333

Robert Popper
Civil Rights Division
U.S. Department of Justice
Room 7524-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530
Phone: (202)305-0566
Fax: (202)307-3961

Mi Yung Claire Park
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Voting Section
1800 G Street NW
Washington, D.C. 20006
Phone: (202) 305-0150

Robert Wente
Deputy Attorney General
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Phone: 233-6506
E-Mail: Robert.Wente@atg.in.gov