UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:06-cv-1000-RLY-TAB |
| v. | ) | |
| | ) | |
| STATE OF INDIANA; and KRISTI ROBERTSON, and J. BRADLEY KING, Co-Directors of the Indiana Election Division, in their official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION TO AMEND CONSENT DECREE

The plaintiff UNITED STATES OF AMERICA respectfully moves this Court to amend the Consent Decree approved on July 5, 2006 in the above-captioned matter by adding the following paragraph 12:

12. Within 21 days of entry of the order amending this consent decree, the State shall immediately make available to the United States the full statewide voter registration list including, where available, the following information: each registered voter's full name, address, full date of birth, voter identification number as defined in IC 3-5-2-50.1, driver license number, race, voter status (i.e., active or inactive), and voting history. The State shall produce such data in electronic format on a CD ROM or DVD formatted in consultation and full agreement with counsel for the United States.

In support of this motion, the United States asserts the following:

1. On June 27, 2006, the United States of America and the State of Indiana submitted a consent decree regarding the State's obligation to maintain voter registration lists for Federal office elections pursuant to Section 8 of the National Voter Registration Act of 1993, 42 U.S.C. § 1973gg-6 (hereinafter "the NVRA"). This Consent Decree was approved by the Court on July 5, 2006.

2. The United States, by and through its counsel the U.S. Department of Justice (hereinafter "DOJ") would, pursuant to 42 U.S.C. §§ 1974b and 1974d, seek to compel the production of the current Indiana voter registration list, including, inter alia, voters' driver license numbers, social security numbers, and other personal information, from the State in order to assess compliance by the State of Indiana with the NVRA as set forth in the Consent Decree.

3. Indiana law may provide that some voter registration information is confidential.

4. The DOJ and the State acknowledge that the DOJ is entitled to receive and that the State is required to provide the requested information under the relevant statutes and pursuant to the Supremacy Clause of the United States Constitution.

5. Neither the DOJ nor the State considers the DOJ's request under 42 U.S.C. § 1974b to be a request for public information.

6. Neither the DOJ nor the State considers the State's compliance with this request to be a release of public information to a member of the public.

7. The DOJ shall use the voter registration list information to assess the State's compliance with the federal voting laws, including, but not limited to, the NVRA.

8. Pursuant to 42 U.S.C. § 1974c, unless otherwise ordered by a court of the United States, neither the Attorney General, nor any employee of the DOJ, nor any other representative

of the Attorney General, shall disclose any record or paper produced pursuant to 42 U.S.C. § 1974, or any reproduction or copy, except to Congress and any committee thereof, or in the presentation of any case or proceeding before any court or grand jury; provided, however, that in the event that the DOJ receives a request to provide or disclose this information to anyone outside of the DOJ, then the DOJ will make reasonable efforts to inform the State of this request, and provide the State with the opportunity to take whatever action the State considers necessary to ensure that this information remains confidential and is not disclosed to the public.

       9.    The DOJ shall retain exclusive possession and control over any and all voter registration records and information during the term of its use of the information, and shall then destroy the records and information pursuant to appropriate and approved DOJ procedures for destruction of sensitive data.

       Defendants, State of Indiana, Pamela Potesta (as successor to Kristi Robertson) and J. Bradley King, Co-Directors of the Indiana Election Division, in their official capacity, do not oppose this motion.

WHEREFORE, the United States prays that the Court will grant said unopposed Motion to Amend the Consent Decree.

                                          Respectfully submitted,

TIMOTHY M. MORRISON            LORETTA KING
United States Attorney                 Acting Assistant Attorney General
                                          for Civil Rights

//s// Timothy M. Morrison            s/ Mi Yung Park
10 West Market Street, Suite 2100     CHRISTOPHER COATES
Indianapolis, Indiana 46204             ROBERT POPPER
Tim.morrison@usdoj.gov               MI YUNG CLAIRE PARK
Tel:   (317) 226-6333                   California Bar No. 202379
Fax:  (317) 226-5439                  United States Department of Justice
                                          Civil Rights Division - Voting Section
                                          950 Pennsylvania Avenue, N.W./NWB
                                          Room 7254
                                          Washington, DC 20530
                                          Tel:   (202) 305-0150
                                          Fax:  (202) 307-3961
                                          miyung.park@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2009, a copy of the foregoing "United States' Motion to Amend Consent Decree" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Gary Bippus
      Office of the Attorney General
      Indiana Government Center South
      302 W. Washington Street, 5th Floor
      Indianapolis, IN 46204
      E-mail: Gary.Bippus@atg.in.gov

      s/ Mi Yung Park
      Mi Yung Claire Park
      miyung.park@usdoj.gov