UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06-cv-1000-RLY-TAB |
| v. | ) ) | |
| STATE OF INDIANA; and KRISTI ROBERTSON, and J. BRADLEY KING, Co-Directors of the Indiana Election Division, in their official capacity, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter comes before the Court on plaintiff UNITED STATES OF AMERICA's Motion to Amend Consent Decree. The Court having reviewed said motion, and any filed oppositions, and being duly advised in the premises now finds that said motion should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's Motion to Amend Consent Decree be and hereby is **GRANTED**.

It is further **ORDERED** that the Consent Decree approved on July 5, 2006 in the above-captioned matter is amended by adding the following paragraph 12:

12. Within 21 days of entry of the order amending this consent decree, the State shall immediately make available to the United States the full statewide voter registration list including, where available, the following information: each registered voter's full name, address, full date of birth, voter identification number as defined in IC 3-5-2-50.1, driver license

number, race, voter status (i.e., active or inactive), and voting history. The State shall produce such data in electronic format on a CD ROM or DVD formatted in consultation and full agreement with counsel for the United States.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Dated: 03/02/2009

**Distribution attached:**

Timothy M. Morrison
United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Phone: (317) 226-6333
Email: Tim.morrison@usdoj.gov

Mi Yung C. Park
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue., NW - NWB
Washington, DC 20530
Phone: (202) 305-0150
Email: miyung.park@usdoj.gov

Gary Bippus
Office of the Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Phone:   (317) 234-4923
E-Mail:  Gary.Bippus@atg.in.gov